July 3, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MARK DAVID STEPHENSON, Appellant

NO. 14-13-00303-CR                    V.

THE STATE OF TEXAS, Appellee

_____

This court today heard a motion for rehearing filed by appellant, Mark David Stephenson. We order the motion be overruled, and that the court's former judgment of June 5, 2014 be vacated, set aside, and annulled. We further order this court's memorandum opinion of June 5, 2014, withdrawn.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order this decision certified below for observance.